IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Osamah Yacoub, ) | No. CV-05-4059-PHX-FJM |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Immigration and Customs Enforcement, ) | |
| ) | |
| Respondent. ) | |
| ) | |

    The court has before it petitioner's Petition for Writ of Habeas Corpus (doc. 1), the Response (doc. 6), and the Report and Recommendation of the United States Magistrate Judge (doc. 9). No objections to the Report and Recommendation were filed.

    Accordingly, the court accepts the recommended decision of the United States Magistrate Judge within the meaning of Rule 72(b), Fed. R. Civ. P.

    Therefore, **IT IS ORDERED DENYING** the Petition for Writ of Habeas Corpus (doc. 1).

    DATED this 5th day of June, 2006.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge